TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal SBN 126424)
Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 410-965-5909
        Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOVEST BELL, | Case No. 5:25-cv-02289-AJR |
| Plaintiff, | [PROPOSED] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE  FOUR OF 42 U.S.C. § 405(G) |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

[Proposed] Judgment Re Remand                                          Page 1

COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 10 day of February , 20 26 .

_____

A. Joel Richlin
United States Magistrate Judge

[Proposed] Judgment Re Remand                                                                 Page 2