MELISSA A. PALMER, ESQ.
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
Email: mpalmer@windisability.com

Attorney for Plaintiff, Michael Lovest Bell III

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

MICHAEL LOVEST BELL III,

                   Plaintiff,     CASE NO.: 5:25-CV-02289-AJR

    -v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

# ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, IT IS ORDERED that fees in the amount of nine thousand nine hundred twenty-five Dollars and sixty-two cents ($9,925.62) as authorized by 28 U.S.C. § 2412, and expenses in the amount of four hundred

and five dollars ($405.00), as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

So ordered.

Date: ___5/14/2026_____

_____

Hon. A. Joel Richlin
United States Magistrate Judge

[Proposed Order proffer: Melissa A. Palmer; copy to Lisa A. Tillman]